UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
CHRISTOPHER F. BALBOA, SR.  §  Case No. 12-18702
TERESITA D BALBOA  §
  §
Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/16/2013 in Courtroom 613,

United States Courthouse
219 S. DEARBORN ST. CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/18/2013        By: Gregg Szilagyi
                                                    Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:           §
                 §
CHRISTOPHER F. BALBOA, SR.     §     Case No. 12-18702
TERESITA D BALBOA              §
                 §
        Debtor(s)      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,007.44 |
| and approved disbursements of | $ | 6,396.58 |
| leaving a balance on hand of[1] | $ | 23,610.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 3,146.94 | $ 0.00 | $ 3,146.94 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 989.00 | $ 0.00 | $ 989.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,135.94 |
| Remaining Balance | $ 19,474.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,551.17  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 13,905.51 | $ 0.00 | $ 6,678.20 |
| 2 | Capital One Bank (USA), N.A. | $ 2,195.20 | $ 0.00 | $ 1,054.26 |
| 3 | FIA CARD SERVICES, N.A. | $ 3,557.96 | $ 0.00 | $ 1,708.73 |
| 4 | PYOD, LLC its successors and assigns as assignee | $ 8,996.48 | $ 0.00 | $ 4,320.61 |
| 5 | Jefferson Capital Systems LLC | $ 11,291.77 | $ 0.00 | $ 5,422.93 |
| 6 | Capital One, N.A. | $ 604.25 | $ 0.00 | $ 290.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,474.92 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                            Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-18702-TAB
Christopher F. Balboa, Sr.                                             Chapter 7
Teresita D Balboa
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dofford              Page 1 of 2              Date Rcvd: Sep 19, 2013
                              Form ID: pdf006            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2013.
```
db/jdb       +Christopher F. Balboa, Sr.,    Teresita D Balboa,    10208 Mclean Ave,
               Melrose Park, IL 60164-1949
18878601      ACL Adjustments Associates, Inc.,    165 Central Avenue,    P.O. Box 442,
               Hasbrouck Heights, NJ 07604-0442
18878602      ACL Laboratories,    PO Box 27901,    West Allis, WI 53227-0901
18878600     +Account Recovery Service,    Po Box 371100,    Milwaukee, WI 53237-2200
18878604    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410)
18878603    #+Baker & Miller PC,    29 N Wacker Dr, Ste 500,    Chicago, IL 60606-3227
18878605     +Budzik & Dynia LLC,    4849 N Milwaukee Ave, Ste 801,    Chicago, IL 60630-2680
18878607     +CBCS,    PO Box 165025,    Columbus, OH 43216-5025
18878609    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
19174586      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19431567      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18878606     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18878608     +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18878610     +Consultants In Cardiovascular,    2315 Myrtle St # 190,    Erie, PA 16502-4604
18878612     +Emerge,    PO Box 105374,    Atlanta, GA 30348-5374
18878613     +Hsbc/carsn,    Po Box 5253,    Carol Stream, IL 60197-5253
18878614     +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
19389805     +Jefferson Capital Systems LLC,    Purchased From ASPIRE VISA,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: 1ST N AMER NATL BANK VISA
18878618     +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
18878620    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
18878619     +Wellington Radiology Group,    836 West Wellington Avenue,    Chicago, IL 60657-5147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19132961       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2013 00:48:57       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18878611      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 20 2013 00:48:57       Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18878615      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2013 00:37:03       Kohls/capone,    Po Box 3115,
               Milwaukee, WI 53201-3115
18878616      +E-mail/Text: clientservices@northwestcollectors.com Sep 20 2013 00:38:49       Northwest Collectors,
               3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
18878617      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 20 2013 00:39:51       Osi Collect,
               507 Prudential Rd.,    Horsham, PA 19044-2308
19371050      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 20 2013 00:36:41
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                                TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19275052*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2013                             Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: dofford                Page 2 of 2               Date Rcvd: Sep 19, 2013
                                Form ID: pdf006              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2013 at the address(es) listed below:

```
          Gregg   Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Gregg   Szilagyi    on behalf of Trustee Gregg  Szilagyi gs@tailserv.com,
           gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Julie M Gleason    on behalf of Debtor Christopher F. Balboa, Sr. juliegleasonlaw@gmail.com,
           gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
           bk.com;G2126@notify.cincompass.com;ggbestcase@gmail.com
          Julie M Gleason    on behalf of Joint Debtor Teresita D Balboa juliegleasonlaw@gmail.com,
           gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
           bk.com;G2126@notify.cincompass.com;ggbestcase@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```