UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
CHRISTOPHER F. BALBOA, Sr.          §    Case No. 12-18702
TERESITA D BALBOA                   §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GREGG SZILAGYI_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHRISTOPHER AND TERASITA BALBOA |  |  |  |
| CHRISTOPHER F. BALBOA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Account Recovery Service Po Box 371100 Milwaukee, WI 53237 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Budzik & Dynia LLC 4849 N Milwaukee Ave, Ste 801 Chicago, IL 60630 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | CBCS PO Box 165025 Columbus, OH 43216 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Emerge PO Box 105374 Atlanta, GA 30348 | | | | | |
| | Hsbc/carsn Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Osi Collect 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 | | | | | |
| 1 | Discover Bank | | | | | |
| 5 | Jefferson Capital Systems LLC | | | | | |
| 6 | N. A. Capital One | | | | | |
| 2 | N. A. Capital One Bank (USA) | | | | | |
| 3 | N. A. FIA CARD SERVICES | | | | | |
| 4 | PYOD, LLC its successors and assigns as assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-18702 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER F. BALBOA, Sr. | | | | Date Filed (f) or Converted (c): | 05/07/2012 (f) |
| | TERESITA D BALBOA | | | | 341(a) Meeting Date: | 06/22/2012 |
| For Period Ending: | 05/15/2014 | | | | Claims Bar Date: | 09/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence: located at 10208 Mclean Ave, Melro | 125,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on Hand | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking Account w/ Leyden CU | 900.00 | 0.00 | | 0.00 | 0.00 |
| 4. Savings Account w/ w/ Leyden CU | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5. Misc. Household Goods (Bedroom Furniture, Kitchen Appliances | 1,500.00 | 750.00 | | 0.00 | 750.00 |
| 6. Books, Pictures, Videos, and DVDs | 450.00 | 0.00 | | 0.00 | 0.00 |
| 7. Used Clothing | 450.00 | 0.00 | | 0.00 | 0.00 |
| 8. Misc. Costume Jewelry | 125.00 | 63.00 | | 0.00 | 63.00 |
| 9. Whole Life Insurance Policy w/  - No current CSV | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. 1376 shares or GE Stock - 1 share of stock is estimated at $ | 27,217.28 | 21,179.28 | | 29,773.52 | FA |
| 11. 1996 Chevy Prism - Not Running | 200.00 | 0.00 | | 0.00 | 0.00 |
| 12. 2001 Chevy Malibu -200,000 miles | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 13. DIVIDENDS FROM GE STOCK (u) | Unknown | 0.00 | | 233.92 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $157,592.28        $21,992.28        $30,007.44        $813.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-18702 | Trustee Name: GREGG SZILAGYI |
| Case Name: CHRISTOPHER F. BALBOA, Sr. | Bank Name: Associated Bank |
| TERESITA D BALBOA | Account Number/CD#: XXXXXX6185 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX9634 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/15/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/12 | 10 | CHRIS BALBOA | PREOCEEDS OF STOCK REDEMPTION | 1129-000 | $29,773.52 | | $29,773.52 |
| 10/03/12 | 13 | CHRIS BALBOA | GE DIVIDENDS | 1223-000 | $233.92 | | $30,007.44 |
| 10/11/12 | | Transfer to Acct# XXXXXX6193 | Transfer of Funds | 9999-000 | | $6,038.00 | $23,969.44 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $15.40 | $23,954.04 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $14.77 | $23,939.27 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $15.25 | $23,924.02 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $44.52 | $23,879.50 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $40.15 | $23,839.35 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $35.44 | $23,803.91 |
| 04/08/13 | | Associated Bank | | 2600-000 | | $8.95 | $23,794.96 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $42.90 | $23,752.06 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $44.26 | $23,707.80 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $42.77 | $23,665.03 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $44.13 | $23,620.90 |
| 10/16/13 | | Transfer to Acct# XXXXXX6193 | Transfer of Funds | 9999-000 | | $23,620.90 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,007.44 | $30,007.44 |
| Less: Bank Transfers/CD's | $0.00 | $29,658.90 |
| Subtotal | $30,007.44 | $348.54 |
| Page Subtotals: | $30,007.44 | $30,007.44 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,007.44 | $348.54 |

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-18702 | Trustee Name: GREGG SZILAGYI |
| Case Name: CHRISTOPHER F. BALBOA, Sr. | Bank Name: Associated Bank |
| TERESITA D BALBOA | Account Number/CD#: XXXXXX6193 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX9634 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/15/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/12 | | Transfer from Acct# XXXXXX6185 | Transfer of Funds | 9999-000 | $6,038.00 | | $6,038.00 |
| 10/11/12 | 1001 | CHRISTOPHER F. BALBOA | EXEMPTION PAYMENT | 8100-002 | | $6,038.00 | $0.00 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $2.48 | ($2.48) |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $3.72 | ($6.20) |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $3.84 | ($10.04) |
| 10/16/13 | | Transfer from Acct# XXXXXX6185 | Transfer of Funds | 9999-000 | $23,620.90 | | $23,610.86 |
| 10/16/13 | 1002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of <Percent> per court order.) | 2100-000 | | $3,146.94 | $20,463.92 |
| 10/16/13 | 1003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | $989.00 | $19,474.92 |
| 10/16/13 | 1004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 1, representing a Payment of 48.03% per court order.) | 7100-000 | | $6,678.20 | $12,796.72 |
| 10/16/13 | 1005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (Final distribution to Claim 2, representing a Payment of 48.03% per court order.) | 7100-000 | | $1,054.26 | $11,742.46 |
| 10/16/13 | 1006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | (Final distribution to Claim 3, representing a Payment of 48.03% per court order.) | 7100-000 | | $1,708.73 | $10,033.73 |
| 10/16/13 | 1007 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | (Final distribution to Claim 4, representing a Payment of 48.03% per court order.) | 7100-000 | | $4,320.61 | $5,713.12 |

Page Subtotals:  $29,658.90   $23,945.78

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-18702 | Trustee Name: GREGG SZILAGYI | |
| Case Name: CHRISTOPHER F. BALBOA, Sr. | Bank Name: Associated Bank | |
| TERESITA D BALBOA | Account Number/CD#: XXXXXX6193 | |
| | CHECKING ACCOUNT | |
| Taxpayer ID No: XX-XXX9634 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/15/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/13 | 1008 | Jefferson Capital Systems LLC Purchased From ASPIRE VISA PO BOX 7999 SAINT CLOUD MN 56302-9617 Orig By: 1ST N AMER NATL BANK VISA | (Final distribution to Claim 5, representing a Payment of 48.03% per court order.) | 7100-000 | | $5,422.93 | $290.19 |
| 10/16/13 | 1009 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | (Final distribution to Claim 6, representing a Payment of 48.02% per court order.) | 7100-000 | | $290.19 | $0.00 |
| 04/21/14 | 1001 | CHRISTOPHER F. BALBOA | EXEMPTION PAYMENT Reversal | 8100-002 | | ($6,038.00) | $6,038.00 |
| 04/22/14 | 1010 | CHRISTOPHER AND TERASITA BALBOA | PAYMENT OF CLAIMED EXEMPTION | 8100-002 | | $6,038.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $29,658.90 | $29,658.90 |
| Less: Bank Transfers/CD's | $29,658.90 | $0.00 |
| Subtotal | $0.00 | $29,658.90 |
| Less: Payments to Debtors | $0.00 | $6,038.00 |
| Net | $0.00 | $23,620.90 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page Subtotals: $0.00 $5,713.12

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6185 - MONEY MARKET ACCOUNT | $30,007.44 | $348.54 | $0.00 |
| XXXXXX6193 - CHECKING ACCOUNT | $0.00 | $23,620.90 | $0.00 |
|  | $30,007.44 | $23,969.44 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $30,007.44 |
| Total Gross Receipts: | $30,007.44 |

Page Subtotals:              $0.00         $0.00